IT IS ORDERED

Date Entered on Docket: January 10, 2020

_____
**The Honorable David T. Thuma
United States Bankruptcy Judge**



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: § | |
| § | |
| ROGER NATHAN MATTHEWS § | |
| a/k/a NATHAN MATTHEWS, § | CASE NO. 19-12138-t7 |
| § | |
| and § | CHAPTER 7 |
| § | |
| LUCILLE MATHEWS § | |
| § | |
| *Debtors.* § | |

# ORDER GRANTING 21ST MORTGAGE CORPORATION
# RELIEF FROM STAY AND ABANDONMENT OF
# 2016 MANUFACTURED HOME

This matter came before the Court on the Motion for Relief from Stay and to Abandon property, specifically a 2016 Manufactured Home filed on November 19, 2019 ( Docket No. 14 ) (the "Motion") by 21st Mortgage Corporation ("Movant"). The Court, having reviewed the record and the Motion, and noting that the Debtor's Discharge Order was entered on December 23, 2019, (Docket #20) and being otherwise sufficiently informed, FINDS:

1. That the Motion is moot by reason of discharge being entered which allows Movant to enforce its state court remedies as requested in the motion.

IT IS THEREFORE ORDERED:

1.  Motion is DENIED as it is moot, Discharge having been entered allowing Movant its state court remedies including foreclosure of its lien up to the value of the property.

*** END OF ORDER ***

**Submitted by:**

By:     */s/ Susan P. Crawford*
       Susan P. Crawford
       State Bar No. 24695

CRADDOCK DAVIS & KRAUSE LLP
210 Montezuma, Suite 200
Santa Fe, NM 87501
Email: scrawford@cdklawfirm.com
505 820-3368
214 336 6430 (Direct)
214 750 3551 (Facsimile)
ATTORNEYS FOR
21ST MORTGAGE CORPORATION

**Copies to:**

**Debtor**
Roger Nathan Matthews
Lucille Matthews
1400 E. Roosevelt Ave. Trlr 19
Grants, NM 87020

**Counsel for Debtor**
Dennis A. Banning
New Mexico Financial Law
320 Gold Ave. SW #1401
Albuquerque, NM 871023299
nmfl@nmfinanciallaw.com

**Trustee**
Philip J. Montoya
1122 Central Ave. SW Ste #3
Albuquerque, NM 87102
pmontoya@swcp.com

**US Trustee**:
United States Trustee
P. O. Box 608
Albuquerque, NM 87103-0608